UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-CR-00344-MO |
| v. | **INFORMATION** |
| **JARED KEVIN DOWNING,** | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about, April 6, 2021, in the District of Oregon, defendant **JARED KEVIN DOWNING,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically, Identity Theft, on or about May 15, 2019, in the Circuit Court of the State of Oregon, for the County of Washington, case number 19CR02482, did knowingly and unlawfully possess a Ruger Sturm and Co, .380 caliber handgun, serial number 372072662, which firearm had previously been shipped or transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

///

**Information**                                                                                                           Page 1

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and all ammunition involved in that offense, including without limitation, a Ruger Sturm and Co, .380 caliber handgun.

DATED: September 9, 2021.

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney
